UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
VLADISLAV KLENIKOV and ELENA
DRONOVA,

                Plaintiff,

      v.

ALBERTO GONZALES, et al.

                Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 Civ. 7441 (HB)

NOTICE OF APPEARANCE

TO:    Clerk of Court
           United States District Court
           Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:    New York, New York
            September 6, 2007

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                        By:    /s/ _____
                                        JOHN D. CLOPPER
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2716
                                        Facsimile: (212) 637-2750
                                        Email: john.clopper@usdoj.gov

TO:    Thomas E. Moseley, Esq.
           One Gateway Center, Suite 2600
           Newark, NJ 07102