

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0/22/07

U.S. Department of Justice

United States Attorney

Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

October 12, 2007

RECEIVED
10 12 2007
HA...  BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY HAND**
The Honorable Harold Baer
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

    Re:    *Klenikov v. Keisler et al.*, No. 07 Civ. 7441 (HB)

Dear Judge Baer:

    This Office represents the defendants, Peter Keisler, Acting Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security ("DHS"); Emilio Gonzalez, Director of the United States Citizenship and Immigration Services ("USCIS"); Paul Novak, Director of Vermont Service Center; Robert Mueller, Director of the Federal Bureau of Investigation ("FBI"); Michael Hayden, Director of the Central Intelligence Agency ("CIA"); Andrea Quarantillo, Director, New York, USCIS; the DHS; the USCIS; the FBI; and the CIA (collectively, the "Government"), in the above-referenced case.[1] Plaintiffs seek to compel the Government to adjudicate their applications for permanent residence.

    The Government's answer or other responsive pleading is currently due on October 22, 2007. The Government requests a 60-day extension of time – until December 21, 2007 – to answer or otherwise respond to the complaint. The extension of time will enable the Government to better determine the status of plaintiffs' applications for permanent residence.

    This is the Government's first request for an extension. Plaintiffs' counsel consents to this request.

---

[1] Pursuant Rule 25(d)(1) of the Federal Rules of Civil Procedure, Acting Attorney General Peter Keisler has been substituted for former Attorney General Alberto Gonzales.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *John Clopper*
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033

cc: BY FAX 973.622.8176
Thomas E. Moseley, Esq.
One Gateway Center
Suite 2600
Newark, NJ 07102

*This is entered to long answer or mani w/in or by November 26, 07*

SO ORDERED: /s/ Harold Baer, Jr., U.S.D.J.
Date: 10/22/07

2