MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN D. CLOPPER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2716

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

VLADISLAV KLENIKOV and ELENA
DRONOVA,

                Plaintiffs,

v.

MICHAEL B. MUKASEY, ATTORNEY
GENERAL, et al.,

                Defendants.

------------------------------------------------------------ x

07 Civ. 7441 (HB)

STIPULATION AND ORDER OF
DISMISSAL

      IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
          December 7, 2007

THOMAS E. MOSELEY, ESQ.
Attorney for Plaintiffs

By: _____
THOMAS E. MOSELEY, ESQ.
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel. No.: (973) 622-8176
moselaw@ix.netcom.com

Page 1 of 2

Dated: New York, New York
       December 7, 2007

By: _____
    JOHN D. CLOPPER

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2716
john.clopper@usdoj.gov

SO ORDERED: _____  12/12/07
THE HONORABLE HAROLD BAER
UNITED STATES DISTRICT JUDGE